FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2007 APR 25  PM 4: 20

CLERK,
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

KEVIN BROWN

| | |
|---|---|
| CASE NO. | 3:07-cr- 101-J-32MCR |
| Ct. 1: | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) |
| Ct. 2: | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) |
| Ct. 3: | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) |
| Ct. 4: | 18 U.S.C. § 924(c)(1)(A) |
| Forfeiture: | 21 U.S.C. 853 18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about March 1, 2007, at Jacksonville, in the Middle District of Florida,

KEVIN BROWN,

the defendant herein, did knowingly, willfully, and intentionally distribute cocaine base, commonly known as "crack," a Schedule II controlled substance, the amount of cocaine base being five (5) grams or more.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT TWO

On or about March 15, 2007, at Jacksonville, in the Middle District of Florida,

KEVIN BROWN,

the defendant herein, did knowingly, willfully, and intentionally distribute cocaine base, commonly known as "crack," a Schedule II controlled substance, the amount of cocaine base being fifty (50) grams or more.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT THREE

On or about March 15, 2007, at Jacksonville, in the Middle District of Florida,

KEVIN BROWN,

the defendant herein, did knowingly, willfully, and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT FOUR

On or about March 15, 2007, at Jacksonville, in the Middle District of Florida,

KEVIN BROWN,

the defendant herein, did knowingly possess a firearm(s), that is, a Walther 7.65mm semi-automatic handgun, Serial Number 293628P; a SportArms 9mm semi-automatic handgun, Serial Number 1003203; and a Taurus .40 caliber semi-automatic handgun, Serial Number A075821AFD, in furtherance of a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), as alleged in Count Three above, which allegations the Grand Jury re-allege and incorporate by reference herein, a drug

trafficking crime for which the defendant may be prosecuted in a Court of the United States.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE

1. The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. From his engagement in the violations alleged in Counts One through Four of this Indictment, punishable by imprisonment for more than one year, the defendant, KEVIN BROWN, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2), all of his interest in:

    a. Property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and

    b. Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation;

including, but not limited to, the following:

    1. The sum of $15,253.15 in U.S. currency, seized by the Drug Enforcement Administration on March 15, 2007, Asset ID No. 07-DEA-481624;

    2. Assorted Electronic Equipment, seized by the Drug Enforcement Administration on March 15, 2007, Asset ID No. 07-DEA-481695; and

> 3. Miscellaneous Computer Equipment, seized from the defendant by the Drug Enforcement Administration on March 15, 2007, Asset ID No. 07-DEA-481710.

3. From his engagement in the violations alleged in Count Four of this Indictment, punishable by imprisonment for more than one year, the defendant, KEVIN BROWN, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all of his interest in the following firearms which were involved in violation of Title 18, United States Code, Section 924(c):

> a. a Walther 7.65mm semi-automatic handgun, Serial Number 293628P;
>
> b. a SportArms 9mm semi-automatic handgun, Serial Number 1003203; and
>
> c. a Taurus .40 caliber semi-automatic handgun, Serial Number A075821AFD.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

> (1) cannot be located upon the exercise of due diligence;
>
> (2) has been transferred or sold to, or deposited with, a third person;
>
> (3) has been placed beyond the jurisdiction of the Court;
>
> (4) has been substantially diminished in value; or
>
> (5) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

*[signature]*
Foreperson

JAMES R. KLINDT
Acting United States Attorney

By: *[signature]*
JULIE HACKENBERRY SAVELL
Assistant United States Attorney

By: *[signature]*
RONALD T. HENRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

KEVIN BROWN

## INDICTMENT

Violations:

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)
18 U.S.C. § 924(c)(1)(A)

A true bill,

_____
Foreperson

Filed in open court this 25th day
of April, A.D. 2007.

_____
Clerk

Bail $ _____

GPO 863 525